### NEW LONDON COUNTY, MARCH TERM, A. D. 1773.

#### HYDE v. PARK.

In an action of account for money received of a third person, such third person may be a witness to prove the delivery.

ACTION of account for money had and received in Great Britain, of Gen. Phinehas Lyman, etc.

Plea — That the defendant was never bailiff, and receiver of the plaintiff's money, etc.

The plaintiff offered the deposition of Gen. Lyman to prove the receipt of the money; this was objected against but admitted by the court.